LINK TREASURE LIMITED,
Plaintiff–Appellant,

and

Discovery International
Co., Ltd., Plaintiff,

v.

BABY TREND, INC., Defendant–
Appellee.

No. 2011–1607.

United States Court of Appeals,
Federal Circuit.

Nov. 3, 2011.

Ann G. Fort, Sutherland, Asbill & Brennan, LLP, Atlanta, GA, for Defendant–Appellee.

Bryan G. Harrison, Morris, Manning & Martin, LLP, Atlanta, GA, for Plaintiff–Appellant.

**ON MOTION**

**ORDER**

Upon consideration of Link Treasure Limited's motion to dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

EASTERN SHAWNEE TRIBE OF
OKLAHOMA, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2008–5102.

United States Court of Appeals,
Federal Circuit.

Nov. 3, 2011.

Brian J. Leinbach, Engstrom, Lipscomb & Lack, of Los Angeles, CA, argued for plaintiff-appellant.

Anthony A. Yang, Assistant to the Solicitor General, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief was John C. Cruden, Acting Assistant Attorney General, and Aaron P. Avila, Trial Attorney, Environment and Natural Resource Division.

GAJARSA,* DYK, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

* Judge Gajarsa assumed senior status on July 31, 2011.